UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAYDEN T. RENATO,<br><br>Plaintiff,<br><br>v.<br><br>JOHN N. BEAULIEU, et al.,<br><br>Defendants. | CASE NO. C20-708 RSM<br><br>ORDER GRANTING DEFENDANT CRITES-PICKENS' MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

This matter is before the Court on Defendant Crites-Pickens' Motion for Withdrawal and Substitution of Counsel. Dkt. #35. The Court, being fully advised in the premises and the motion being unopposed,[1] does hereby ORDER, ADJUDGE AND DECREE that Defendant Crites-Pickens' Motion for Withdrawal and Substitution of Counsel (Dkt. #35) is GRANTED.

Dated this 17th day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] *See* LCR 7(b)(2) ("Except for motions for summary judgment, if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit.").

ORDER – 1